Katharine W. KITTS et al., Appellants, v. James HANNA, Administrator of Estate of Frank W. Wallace, Deceased, et al., Appellees.

Circuit Court of Appeals, Third Circuit. December 10, 1928.

No. 3863.

Benjamin H. Ludlow, and Powell, Ludlow & Schaeffer, all of Philadelphia, Pa., for appellants.

Kingsley Montgomery and J. H. Ward Hinkson, both of Chester, Pa., for appellee Cambridge Trust Co.

E. A. Howell, of Chester, Pa., for appellee Hanna.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. On the question whether the court below was justified in dismissing this bill on the ground of laches, we find ourselves in complete accord therewith. Its decree is therefore affirmed. See authorities on the subject of laches quoted in Hemmick v. Standard Oil Co. (C. C. A.) 91 F. 334.